# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| METRO CARDIOVASCULAR CONSULTANTS, LTD., individually and as the representatives of a class of similarly situated persons and entities,<br><br>Plaintiff,<br><br>v.<br><br>NEW LASER SCIENTIFIC, INC.,<br><br>Defendant. | No. 1:19-cv-01509<br><br>Honorable John R. Blakey |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

**To the Clerk of the U.S. District Court for the Northern District of Illinois**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff METRO CARDIOVASCULAR CONSULTANTS, LTD. requests that the Clerk enter the default of Defendant, NEW LASER SCIENTIFIC, INC., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of James C. Vlahakis, Esq. attached hereto.

Dated: April 19, 2019

Respectfully submitted,
/s/ James C. Vlahakis
James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Fax: 630-575-8188
Email: jvlahakis@sulaimanlaw.com
*Counsel for Plaintiff*

**Certificate of Service**

      The undersigned, attorney for Plaintiff, certifies that on April 19, 2019, he caused a copy of the foregoing PLAINTIFF'S NOTICE OF MOTION, to be served by U.S. mail, postage prepaid, on:

> New Laser Scientific, Inc.
> c/o Registered Agent
> Kelly F. Connor
> 2504 Cranston Dr.
> Escondido, CA 92025

                                      */s/ James C. Vlahakis*
                                      James C. Vlahakis, Esq.