# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| METRO CARDIOVASCULAR CONSULTANTS, LTD., individually and as the representatives of a class of similarly situated persons and entities,<br><br>　　Plaintiff,<br><br>v.<br><br>NEW LASER SCIENTIFIC, INC.,<br><br>　　Defendant. | No. 1:19-cv-01509<br><br>Honorable John R. Blakey |

## ORDER ON CLERK'S ENTRY OF DEFAULT

Plaintiff, Metro Cardiovascular Consultants, Ltd., by and through its attorney, James C. Vlahakis, having filed with this Court its Motion for Entry of Default and the Court having reviewed the same finds:

1.　　Default is entered against the Defendant, New Laser Scientific, Inc.

Dated: _____

　　　　　　　　　　　　　　　　　　Entered:

　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　Clerk of the Court

1