AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



**ALIAS SUMMONS IN A CIVIL CASE**

METRO CARDIOVASCULAR CONSULTANTS, LTD., individually and as the representatives of a class of similarly situated persons and entities

V.

NEW LASER SCIENTIFIC, LLC; NEW LASER SCIENTIFIC, INC.; and KELLY O'CONNOR

CASE NUMBER: 1:19-cv-01509

ASSIGNED JUDGE: Hon. John Robert Blakey

DESIGNATED MAGISTRATE JUDGE: Hon. Sunil R. Harjani

TO: (Name and address of Defendant)

NEW LASER SCIENTIFIC, INC.
C/O REGISTERED AGENT
KELLY F OCONNOR
2504 CRANSTON DR
ESCONDIDO CA 92025

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Patrycja Janecek*

(By) DEPUTY CLERK



June 12, 2019

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 07/01/2019 |
| NAME OF SERVER (PRINT) Danny Arredondo | TITLE San Diego County Registerd Process Server 3146 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: Jane Doe. Cohabitant identified as R.A.'s sister.
    Description: F/W 5'5" 150 Brown/Brown

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/01/2019   *Signature of Server*
         Date

4364 Bonita Road #258, Bonita, CA 91902
*Address of Server*

Served Summons & Complaint on female occupant identifying herself as Registered Agent Kelly O'Conner's sister. Name refused.

Metro Cardio Vascular Consultants v New Laser Scientific, Inc. 1:19-cv-01509

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.