UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| METRO CARDIOVASCULAR CONSULTANTS, LTD., individually and as the representatives of a class of similarly situated persons and entities, | Case No.: 1:19-cv-01509 |
| Plaintiff, | Honorable Judge John Robert Blakey |
| v. | |
| NEW LASER SCIENTIFIC, LLC; NEW LASER SCIENTIFIC, INC.; and KELLY O'CONNOR, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, METRO CARDIOVASCULAR CONSULTANTS, LTD. ("Plaintiff"), by and through his undersigned attorney, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), provides notice to this Honorable Court that Plaintiff is voluntarily dismissing Counts I and III of its First Amended Complaint (Dkt. 17) as to all Defendants, NEW LASER SCIENTIFIC, LLC, NEW LASER SCIENTIFIC, INC., and KELLY O'CONNOR ("Defendants").  For the sake of clarity, Count I asserts an individual claim for the transmission of "junk facsimile in violation of the Telephone Consumer Protection Act of 1991, 47 USC §227, et seq. Count III asserts class action claims pursuant to Section of the TCPA.  Counts II and IV, which asserted Illinois Consumer Fraud Act claims pursuant to 815 ILCS 505/1, *et seq*., were *sua sponte* dismissed by this Court's Order of November 18, 2019. Dkt. 31.

At this time, Plaintiff wishes to dismiss Counts I and III *without prejudice* given unsuccessful efforts to make post service of process contact with any of the Defendants.  Plaintiff's counsel can be contacted should this Honorable Court desire additional information.

Dated: December 4, 2019                      Respectfully Submitted,

                                                 */s/ James C. Vlahakis*
James C. Vlahakis, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 581-5456
jvlahakis@sulaimanlaw.com
*Counsel for Plaintiff*